# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL A. MOODY #119344                                          PLAINTIFF

v.                      CASE NO. 3:19-CV-00236 BSM

DOYLE RAMEY, et al.                                     DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 10] has been received. After careful review of the record, the RD is adopted. This case is dismissed without prejudice, and this dismissal counts as a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 22nd day of November 2019.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE