IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL A. MOODY                                                       PLAINTIFF
#119344

v.                    CASE NO. 3:19-CV-00236 BSM

DOYLE RAMEY, et al.                                                   DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of November 2019.

_____
UNITED STATES DISTRICT JUDGE